NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEW YORKER S.H.K. JEANS GMBH & CO. KG,**
*Appellant*

**v.**

**JACK RAJCA,**
*Appellee*

---

2015-1292

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92056995.

---

**JUDGMENT**

---

JASON M. DRANGEL, Epstein Drangel LLP, New York, NY, argued for appellant. Also represented by ASHLY E. SANDS.

JACQUELINE PATT, Markery Law LLC, Gaithersburg, MD, argued for appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, CLEVENGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


October 16, 2015                     /s/ Daniel E. O'Toole
        Date                          Daniel E. O'Toole
                                      Clerk of Court